UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :     INDICTMENT

          - v. -                    :

SHANNON MITCHELL,                   :     07 CRIM. 314

          Defendant.                :

------------------------------------x

JUDGE KEENAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 4 2007

## COUNT ONE

The Grand Jury charges:

1.   From in or about October 2005 up to and including in or about March 2006, in the Southern District of New York and elsewhere, SHANNON MITCHELL, the defendant, unlawfully, willfully, and knowingly and with intent to defraud, in an offense in and affecting interstate commerce, trafficked in and used one and more unauthorized access devices during a one-year period, and by such conduct obtained something of value aggregating $1,000 and more during that period, to wit, MITCHELL obtained her customers' credit card numbers from a store at which she worked, and provided these credit card numbers to co-conspirators not named herein in exchange for $1,000.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

## COUNT TWO

2.   From in or about October 2005 up to and including in or about February 2006, in the Southern District of New York and elsewhere, SHANNON MITCHELL, the defendant, unlawfully, willfully, and knowingly and with intent to defraud, in an offense in and affecting interstate commerce, trafficked in, had control and custody of, and possessed device-making equipment, to

wit, MITCHELL used and possessed three credit card "skimmers" and provided them to co-conspirators not named herein in exchange for $1,000.

(Title 18, United States Code, Section 1029(a)(4).)

_____    _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**SHANNON MITCHELL,**

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 2, 1029(a)(2), 1029(a)(4).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Grace Lamacchia-Paris*
Foreperson.

---

R C
4/16/07

Indictment returned, case assigned to Judge Keenan.

J Maas, USMJ