UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

    -against-

Shannon Mitchell

    Defendant(s).
----------------------------------------X

07 CR. 314 (JFK)

ORDER

**JOHN F. KEENAN, United States District Judge:**

    The Court having been advised that defense counsel require additional time to assess the nature and strength of the Government's case and to determine if a disposition in the matter is appropriate, the period from May 11, 2007 until May 30, 2007 at 10:15 is excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and to prevent any possible miscarriage of justice. The Court finds that the value of this exclusion outweighs the best interests of the defendant(s) and the public interest in a speedy trial. This Order is made pursuant to 18 U.S.C. § 3161(h)(8)(B)(IV).

    SO ORDERED.

Dated:  New York, New York
        May 10, 2007

                                      JOHN F. KEENAN
                                United States District Judge